~~CRISTINA L. TALLEY, CITY ATTORNEY~~
MOSES W. JOHNSON, IV (SBN 118769)
~~Assistant City Attorney~~
~~E-mail: mjohnson@anaheim.net~~
~~200 S. Anaheim Boulevard, Suite 356~~
~~Anaheim, California  92805~~
~~Tel: (714) 765-5169 Fax: (714) 765-5123~~

~~Attorneys for Defendants CITY OF ANAHEIM, JONATHAN YEPES, BRIAN BROWNE and JOHN WELTER~~

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR GUILLEN, individually,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ANAHEIM; JONATHAN YERPES; BRIAN BROWN; JOHN WELTER; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.:  SACV 11-01167 JST (ANx)<br><br>**[PROPOSED] PROTECTIVE ORDER RE CONFIDENTIAL INFORMATION** |

The parties stipulated to a protective order re confidential information that was filed on or about January 9, 2012, and seek to have a protective order entered by the Court based on that stipulation.

IT IS SO ORDERED:        /s/ ARTHUR NAKAZATO

Dated: January 11, 2012

HON. ARTHUR NAKAZATO
United States Magistrate Judge

PROTECTIVE ORDER