1  ~~CRISTINA L. TALLEY, CITY ATTORNEY~~
   MOSES W. JOHNSON, IV (SBN 118769)
2  ~~Assistant City Attorney~~
   ~~E-mail: mjohnson@anaheim.net~~
3  ~~200 S. Anaheim Boulevard, Suite 356~~
   ~~Anaheim, California 92805~~
4  ~~Tel: (714) 765-5169 Fax: (714) 765-5123~~

5  ~~Attorneys for Defendants CITY OF~~
   ~~ANAHEIM, JONATHAN YEPES, BRIAN~~
6  ~~BROWNE and JOHN WELTER~~

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR GUILLEN, individually,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ANAHEIM; JONATHAN YERPES; BRIAN BROWN; JOHN WELTER; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.:   SACV 11-01167 JST (ANx)<br><br>**[PROPOSED] PROTECTIVE ORDER RE CONFIDENTIAL INFORMATION** |

The parties stipulated to a protective order re confidential information that was filed on or about January 9, 2012, and seek to have a protective order entered by the Court based on that stipulation.

IT IS SO ORDERED:            /s/ ARTHUR NAKAZATO

Dated: January 11, 2012

HON. ARTHUR NAKAZATO
United States Magistrate Judge